**TEJAS CASING, LIMITED, Plaintiff–Appellant, Cross–Appellee**

v.

**IPSCO TUBULARS, INCORPORATED, Defendant–Appellee, Cross-Appellant.**

No. 12–20289.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2014.

Jay Todd Shields, Attorney, Beck Redden, L.L.P., John Arthur Daspit, Counsel,

300

Matthew Alexander Dekovich, Esq., Fulbright & Jaworski, L.L.P., Houston, TX, Oscar Rey Rodriguez, Esq., Fulbright & Jaworski L.L.P., Dallas, TX, for Plaintiff–Appellant, Cross–Appellee.

Tim S. Leonard, Glen M. Boudreaux, Esq., Edward J. Nicholas, Esq., Senior Counsel, Crystal J. Parker, Jackson Walker, L.L.P., Lionel Mark Schooler, Esq., Jackson Walker, L.L.P., Houston, TX, for Defendant–Appellee, Cross–Appellant.

Before WIENER, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

After considering the written and oral arguments of the parties and the evidence of record, the judgment of the district court is AFFIRMED essentially for the reasons assigned by the district court.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.